

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Larry Ray and Beverly Ray, Appellants

No. 06-19-00072-CV      v.

Kenneth Dennis and Shawnde Dennis, Appellees

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 82150). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's order granting summary judgment.

We further order that the appellants, Larry Ray and Beverly Ray, pay all costs of this appeal.

RENDERED APRIL 7, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk